```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PETER SHOWERS,

                Defendant.

24 Cr. 269-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On **February 3, 2025**, at **12:00 p.m.**, the Court shall hold a change-of-plea hearing in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: December 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge