```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

PETER SHOWERS,

                  Defendant.

24 Cr. 269-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated December 12, 2024, the Court scheduled a change-of-plea hearing for Defendant, Peter Showers, for February 3, 2025, at 12:00 p.m. ECF No. 48. Accordingly, with Defendant's consent, the status conference scheduled for January 6, 2025, is ADJOURNED *sine die* as to Defendant, Peter Showers.

      SO ORDERED.

Dated: December 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge