UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PETER SHOWERS,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2025

24 Cr. 269-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter, currently scheduled for June 2, 2025, is ADJOURNED to **July 7, 2025**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **June 16, 2025**, Mr. Showers shall file his sentencing submission. By **June 23, 2025**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: May 13, 2025
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge