UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

PETER SHOWERS,

                       Defendant.
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2025

24 Cr. 269-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing in this matter, currently scheduled for July 7, 2025, is ADJOURNED to **August 25, 2025**, at **10:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **August 4, 2025**, Mr. Showers shall file his sentencing submission. By **August 11, 2025**, the Government shall file its sentencing submission.

    SO ORDERED.

Dated: June 6, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge